IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNIVERSITY OF WISCONSIN HOSPITAL AND CLINICS, INC. and UNIVERSITY OF WISCONSIN MEDICAL FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AIR PRODUCTS AND CHEMICALS, INC., AS SUCCESSOR PLAN ADMINISTRATOR TO EPCO CARBON DIOXIDE PRODUCTS, INC., HEALTH PLAN, <br><br> Defendant. | Case No. 14-cv-803 <br> **Related Cases:** <br> **Case No. 12-cv-031-wmc** |

## JOINT MOTION FOR STAY OF FURTHER PROCEEDINGS PENDING

Plaintiff and Defendant, through their respective and undersigned counsel, jointly move the Court to stay further proceedings until the pending dispositive motions that may resolve these proceedings in whole or in part are ruled on by the Court.

This includes vacating the existing trial dates of January 11 and 12, 2016. If material disputes of fact remain, the Plaintiffs will be seeking discovery, as requested in their motions to the Court previously filed. Defendants oppose discovery.

1

Dated: December 8, 2015    NEUBERGER, GRIGGS, SWEET & SMITH, LLP
                                                          Attorneys for Plaintiffs

                                                          By:    /s/ Mark S. Sweet
                                                                    Mark S. Sweet, SB No. 1019001
                                                                    Nicole N. Schrier, SB No. 1081908
                                                                    Anne MacArthur, SB No. 1018713
                                                                    136 Hospital Drive
                                                                    Watertown, WI 53098
                                                                    (920) 261-1630
                                                                    FAX: 920-261-0339
                                                                    Email: nschrier@nlgslaw.com

Dated: December 8, 2015    MORGAN, LEWIS & BOCKIUS, LLP
                                                          Attorneys for the Defendants

                                                          By:    /s/ Jeremy P. Blumenfeld
                                                                    Jeremy P. Blumenfeld (pro hac vice)
                                                                    1701 Market Street
                                                                    Philadelphia, PA 19103-2921
                                                                    Telephone: (215) 963-5258
                                                                    Fax: (215) 963-5001
                                                                    Email: jblumenfeld@morganlewis.com

                                                                    Erin E. McAdams
                                                                    MORGAN, LEWIS & BOCKIUS LLP
                                                                    77 West Wacker Drive
                                                                    Chicago, Illinois 60601-5094
                                                                    (312) 324-1000
                                                                    (312) 324-1001 (fax)
                                                                    emcadams@morganlewis.com